UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MIGNONA, <br><br> Plaintiff, <br><br> v. <br><br> DIVERSIFIED COLLECTION SERVICES, INC., <br><br> Defendant. | Case No.: CV 12-02717 KAW <br><br> ORDER OF CONDITIONAL DISMISSAL |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this action,

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed and served upon opposing counsel within 90 days of this order.

All scheduled dates, including the trial and pretrial dates, are VACATED.

IT IS SO ORDERED.

Dated: October 24, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge